# EDWARD P. JOHNSON v. H. L. HAYDEN.[1]

February 28, 1913.

Nos. 17,831—(200).[2]

**Case followed.**

Action in the district court for Lac qui Parle county to determine adverse claims to certain real estate. The case was tried before Powers, J., who made findings of fact and as conclusion of law found that plaintiff was the owner in fee, subject to the lien of defendant acquired under a certain execution sale. From the judgment entered pursuant to the order for judgment, plaintiff appealed. Affirmed.

*Oluf Gjenset* and *T. J. McElligott*, for appellant.

*A. W. Ewing* and *M. F. Soderberg*, for respondent.

PER CURIAM.

This case is so closely related in its facts to First State Bank of Boyd v. Hayden, supra, page 45, 140 N. W. 132, that the decision in the latter requires an affirmance in the former.

Order affirmed.